JS-6

Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN L. GONSALVES, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>LOANCARE, LLC, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: 5:17-cv-00156-PSG (KKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Pursuant to the stipulation this court hereby dismisses this action with prejudice.  Each party to bear its own fees and costs.  IT IS SO ORDERED


DATE:  10/13/17            BY: _____
                                **PHILIP S. GUTIERREZ**
                                UNITED STATES DISTRICT JUDGE